## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HUNTSMAN, LLC & | * |
| LIBERTY INTERNATIONAL | *   CIVIL ACTION NO. |
| | * |
| *Plaintiffs*, | *   SECTION: |
| | * |
| VERSUS | * |
| | *   MAG. (   ) |
| BLESSEY MARINE SERVICE, INC. | * |
| | * |
| *Defendant* | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:

The Complaint of Plaintiffs, Huntsman, LLC ("Huntsman") and Liberty International ("Liberty") (collectively "Plaintiffs") in a cause of action for cargo loss and damage, upon information and belief, respectfully aver as follows:

1.

Jurisdiction is conferred upon this Court pursuant to Admiralty Jurisdiction, 28 U.SC. § 1333 and Art. III of the United States Constitution. Jurisdiction is also conferred upon this Court pursuant to diversity jurisdiction, 28 U.S.C. § 1332, as there is complete diversity among the parties and the matter in controversy exceeds $75,000.00, exclusive of interest and costs. This is an Admiralty and Maritime claim within the meaning of Rule 9 (h) of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure for the United States District Courts.

2.

Venue is proper in the District Court for the Eastern District of Louisiana pursuant to 28 U.S.C.A. § 1391, as the sole defendant Blessey Marine Service, Inc. ("Blessey") resides in this judicial district.

3.

Plaintiff Huntsman was and now is a limited liability company organized and existing under the laws of a State other than Louisiana, and at all times pertinent hereto, was the owner and/or shipper of a cargo of approximately 503.105 metric tons of Alkylate 225 (hereinafter referred to as the "Cargo").

4.

Plaintiff Liberty International was and now is a duly authorized foreign insurer, and at all times pertinent hereto was the insurer of the Cargo described herein.

5.

Defendant Blessey was and now is a corporation duly organized, created and existing pursuant to the laws of the State of Louisiana with its principal place of business located in Harahan, Louisiana.

6.

Blessey is justly and truly indebted unto Plaintiffs for all elements of damages allowed by law, and in an amount sufficient to compensate Plaintiffs for the damages and losses as set forth herein, with legal interest and costs as allowed by law.

7.

In June 2013, Huntsman chartered Blessey's barge, the Web 190H (the "barge") to load its Cargo at the Huntsman Terminal in Chocolate Bayou, Texas. Prior to delivery of the barge, it

was to be clean and fit for its intended purpose. Upon arrival, the Cargo was loaded aboard the barge, in good order and condition, weighing 503.105 metric tons. Subsequently, the barge was moved alongside an oceangoing vessel to begin lightering the Cargo.

8.

On or about June 13, 2013, prior to the lightering operations, samples of the Cargo revealed the presence of white flakes, water, rust and other contaminants. As a result of the foregoing contamination, the Cargo had to be filtered, cleaned and reconditioned using a second barge, which resulted in a loss of approximately 18.221 metric tons of cargo.

9.

The loss sustained to Plaintiffs did not result from any act, omission or negligence on their part, but to the contrary, was the result in whole or in part, of the breach of contract and/or charter party, want of workmanlike performance, negligence, and/or want of due care on the part of Blessey.

10.

As a direct result of the Blessey's breach of contract and/or charter party, want of workmanlike performance, negligence, and/or want of due care, Plaintiffs have suffered damages presently in the amount of approximately $219,007.01, plus survey fees, costs and interest. Plaintiffs reserve the right to amend its damages as this matter proceeds.

**WHEREFORE**, Huntsman, LLC and Liberty International pray that:

1. This Complaint be deemed good and sufficient, and filed into the record of this Honorable Court;

2. Defendant Blessey Marine Services, Inc. be served with a copy of this Complaint, together with proper service papers to appear and answer under oath all and singular the matters aforesaid;

3. After due proceedings are had there be judgment in favor of Plaintiffs Huntsman, LLC and Liberty International and against Defendant Blessey Marine Services, Inc. for all elements of damages allowed by law together with interest thereon, and costs and disbursements; and

4. Plaintiffs Huntsman, LLC and Liberty International have such other and further relief in the premises as in law and justice they may be entitled to receive.

Respectfully submitted,

MONTGOMERY BARNETT, L.L.P.

BY: __/s/ Ronald J. Kitto_____
PHILIP S. BROOKS, JR. (# 21501)
RONALD J. KITTO (# 28638)
3300 Energy Centre
1100 Poydras Street
New Orleans, LA   70163-3300
(504) 585-3200
Email:         pbrooks@monbar.com
               rkitto@monbar.com

.                         *Attorneys for Huntsman, LLC and Liberty International*

**SERVICE: REQUEST FOR WAIVER OF SERVICE OF SUMMONS,**

**BLESSEY MARINE SERVICES, INC.**

Through its registered agent for service
PATRICK W. VOSS
1515 RIVER OAKS ROAD EAST
HARAHAN, LA 70123

- 4 -